HENRY A. GILDERSLEEVE, as Trustee, etc., Respondent, *v.* G. HARRY LESTER, Individually and Impleaded, etc., Appellant.

(Argued June 19, 1893; decided October 3, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 14, 1893,

which affirmed an order of Special Term adjudging plaintiff guilty of contempt.

*L. C. Waehner* for appellant.

*John W. Boothby* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.